**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KEITH B DUNWOODY,

     *Plaintiff*,

    v.

JOSEPH R. BIDEN, JR., et al.,

     *Defendants*.

Civil Action No. 24-2945 (TJK)

**<u>MEMORANDUM</u>**

In October 2024, Defendants removed this case from D.C. Superior Court.  On December 18, 2024, Defendants moved to dismiss.  The next day, the Court entered a *Fox* Order ordering Plaintiff to respond by January 17, 2025, and if not, advising him that the Court may treat Defendants' motion as conceded and dismiss the case.  That deadline passed with no response from Plaintiff.  A few days later, the Court ordered Plaintiff to show cause by February 5, 2025, why it should not treat Defendants' motion as conceded.  *See* Min. Order of Jan. 23, 2025.  Again, Plaintiff failed to respond by the deadline.  Now, two months after that, the docket still reflects no response from Plaintiff to either order.  Indeed, Plaintiff has filed nothing on the docket since the case was removed.  For these reasons, pursuant to Local Rule 83.23 and the Court's "inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order," *Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011), the Court will dismiss the case without prejudice.  A separate order will issue.

/s/ Timothy J. Kelly _____
TIMOTHY J. KELLY
United States District Judge

Date: April 11, 2025